**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Z. Friedman, | |
| Plaintiff, | No. CV-11-8049-PCT-PGR |
| vs. | |
| Yavapai County, et al., | ORDER |
| Defendants. | |

The plaintiff having filed a Motion for Leave to File an Amended Complaint (Doc. 33) and the defendants having filed a response (Doc. 50) stating that they do not object to the filing of the proposed amended complaint,

IT IS ORDERED that the plaintiff's Motion for Leave to File an Amended Complaint (Doc. 33) is granted pursuant to Fed.R.Civ.P. 15(a)(2) and the plaintiff shall file his First Amended Complaint no later than July 21, 2011.

DATED this 18th day of July, 2011.

Paul G. Rosenblatt
United States District Judge